GIA N. MARINA
Nevada Bar No. 15276
**CLARK HILL PLLC**
1700 South Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135
E-mail: gmarina@clarkhill.com
Telephone: (702) 862-8300
Facsimile: (702) 778-9709
*Attorney for Defendant National*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| JAMES HOUSTON,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC and CLARITY SERVICES, INC.,<br><br>Defendants. | Case No. 2:25-cv-00081-GMN-BNW<br><br>**DEFENDANT NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC.'S ANSWER TO PLAINTIFF'S COMPLAINT** |

Defendant National Consumer Telecom & Utilities Exchange, Inc. ("NCTUE"), by and through its undersigned counsel, files its Answer to Plaintiff's Complaint ("Complaint") as follows:

**PRELIMINARY STATEMENT**

In answering the Complaint, NCTUE states that it is responding to allegations on behalf of itself only, even where the allegations pertain to alleged conduct by all Defendants. NCTUE denies any and all allegations in the headings and/or unnumbered paragraphs in the Complaint.

**ANSWER**

In response to the specific allegations in the enumerated paragraphs in the Complaint, NCTUE responds as follows:

**Introduction**

1.     In response to Paragraph 1, NCTUE states that the referenced provisions of the Fair

Credit Reporting Act ("FCRA") speak for themselves and to the extent Plaintiff misstates, misquotes, or takes out of context the FCRA, the allegations are denied.

2. In response to Paragraph 2, NCTUE states that Plaintiff attempts to interpret the FCRA, which is a statute that speaks for itself, and to the extent Plaintiff misstates, misquotes, or takes out of context the FCRA, the allegations are denied.

3. In response to Paragraph 3, NCTUE admits Plaintiff purports to bring claims pursuant to the FCRA. NCTUE denies it violated the FCRA, or any other law, in its handling of Plaintiff's credit file.

4. NCTUE is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 4.

5. In response to Paragraph 5, NCTUE denies it violated the FCRA, or any other law, in its handling of Plaintiff's credit file.

6. NCTUE is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 6.

7. NCTUE denies the allegations in Paragraph 7.

**Jurisdiction and Venue**

8. In response to Paragraph 8, to the extent Plaintiff has properly alleged his claims, NCTUE admits the Court may exercise its jurisdiction.

9. In response to Paragraph 9, NCTUE denies it violated the FCRA, or any other law, in its handling of Plaintiff's credit file.

10. NCTUE is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 10.

**Parties**

11. NCTUE is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 11.

12. NCTUE admits the allegations in Paragraph 12.

13. NCTUE admits the allegations in Paragraph 13.

14. NCTUE is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 14.

**NCTUE Failed to Provide Consumer Information**

15. NCTUE is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 15.

16. NCTUE is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 16.

17. NCTUE denies the allegations in Paragraph 17.

18. NCTUE is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 18.

19. NCTUE denies the allegations in Paragraph 19.

20. NCTUE denies the allegations in Paragraph 20.

21. NCTUE denies the allegations in Paragraph 21.

**Clarity Failed to Provide Consumer Information**

22. NCTUE is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 22.

23. NCTUE is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 23.

24. NCTUE is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 24.

25. NCTUE is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 25.

26. NCTUE is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 26.

27. NCTUE is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 27.

28. NCTUE is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 28.

**Violation of the Fair Credit Reporting Act**

**15 U.S.C. § 1681 *Et Seq.* (FCRA)**

29. NCTUE reasserts and re-alleges its responses and defenses as set forth herein.

30. NCTUE denies the allegations in Paragraph 30.

31. NCTUE is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 31. NCTUE denies any allegation of reporting inaccurate information in Plaintiff's credit file and denies that it violated the FCRA.

32. NCTUE is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 32. NCTUE denies any allegation of reporting inaccurate information in Plaintiff's credit file and denies that it violated the FCRA.

33. NCTUE denies the allegations in Paragraph 33.

34. NCTUE denies the allegations in Paragraph 34.

**Prayer for relief**

35. NCTUE denies that Plaintiff is entitled to any relief requested in her Complaint.

**Jury Demand**

36. NCTUE admits that Plaintiff demands a jury trial.

Any allegation in Plaintiff's Complaint not heretofore specifically responded to by NCTUE is hereby expressly denied.

**WHEREFORE**, having fully answered or otherwise responded to the allegations in Plaintiff's Complaint, NCTUE prays that:

(1) Plaintiff's Complaint be dismissed in its entirety and with prejudice, with all costs taxed against Plaintiff; and

(2)     it recover such other and additional relief as the Court deems just and appropriate.

Respectfully submitted, this 19th day of February, 2025.

        CLARK HILL PLLC

        By: /s/*Gia N. Marina*
        GIA N. MARINA
        Nevada Bar No. 15276
        1700 South Pavilion Center Drive, Suite 500
        Las Vegas, Nevada  89135
        E-mail: gmarina@clarkhill.com
        Telephone:  (702) 862-8300
        Facsimile:  (702) 778-9709
        *Attorney for Defendant National Consumer Telecom & Utilities Exchange, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been served this 19th day of February, 2025, via the Court's CM/ECF system, which will send a notification to all counsel of record.

By: /s/*Gia N. Marina*
GIA N. MARINA
Nevada Bar No. 15276
1700 South Pavilion Center Drive, Suite 500
Las Vegas, Nevada  89135
E-mail: gmarina@clarkhill.com
Telephone:  (702) 862-8300
Facsimile:  (702) 778-9709
*Attorney for Defendant National Consumer Telecom & Utilities Exchange, Inc.*

- 6 -