George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
**FREEDOM LAW FIRM, LLC**
8985 South Eastern Ave., Suite 100
Las Vegas, NV 89123
ghaines@freedomlegalteam.com
gavalos@freedomlegalteam.com
Phone: (702) 880-5554
FAX: (702) 385-5518
*Attorneys for Plaintiff James Houston*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| James Houston,<br><br>            Plaintiff,<br><br>    v.<br><br>National Consumer Telecom & Utilities Exchange, Inc. and Clarity Services, Inc.,<br><br>            Defendants. | Case No.: 2:25-cv-00081<br><br>**Stipulation for dismissal of National Consumer Telecom & Utilities Exchange, Inc. with prejudice.** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, James Houston and National Consumer Telecom & Utilities Exchange, Inc. stipulate to dismiss Plaintiff's claims against National Consumer Telecom & Utilities Exchange, Inc. with prejudice.

///
///
///
///
///

_____

STIPULATION                                - 1 -

Each party will bear its own costs, disbursements, and attorney fees.

Dated: July 14, 2025.

**FREEDOM LAW FIRM**

/s/ *George Haines*
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
*Counsel for Plaintiff James Houston*

**CLARK HILL PLLC**

/s/ *Gia N. Marina*
Gia N. Marina, Esq.
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, NV 89135
*Counsel for National Consumer Telecom & Utilities Exchange, Inc.*

IT IS SO ORDERED:

_____
UNITES STATES DISTRICT JUDGE

DATED: July 14, 2025